UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 8:23-cr-420-VMC-AEP

ROBERT CLARKE

_____

**REPORT AND RECOMMENDATION**
**ON VIOLATION OF SUPERVISED RELEASE**

The defendant in this case appeared in connection with allegations of violating conditions of supervised release. A preliminary hearing was waived. Accordingly, it is

ORDERED that the Clerk of Court shall schedule the final revocation hearing before the Honorable Virginia M. Covington at the earliest time available on the district judge's calendar. It is further

ORDERED that the Government shall produce for inspection and copying by counsel for the defendant all tangible evidence that the Government intends to introduce at said hearing and to furnish a list of Government witnesses as soon as possible and no later than two (2) days prior to the final revocation hearing.

DONE and ORDERED at Tampa, Florida, this 22nd day of December, 2023.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE