
# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Robert Clarke<br>*Defendant* | )<br>)  Case No.  8:23-cr-420-VMC-AEP<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

DEC 22 2023 AM 8:38
FILED - USDC - FLMD - TPA

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Robert Clarke,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: 11/28/2023

_____
*Issuing officer's signature*

City and state: Tampa, Florida

Elizabeth M. Warren, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 11/28/23, and the person was arrested on *(date)* 12/21/23
at *(city and state)* Tampa, FL.

Date: 12/21/23

_____
*Arresting officer's signature*

_____
*Printed name and title*